1  Holly M. Simpkins (*pro hac vice*)
   HSimpkins@perkinscoie.com
2  PERKINS COIE LLP
   1201 Third Avenue, Suite 4900
3  Seattle, WA  98101
   Telephone: 206.359.8000
4  Facsimile: 206.359.9000

5  Andrew N. Klein, Bar No. 300221
   AKlein@perkinscoie.com
6  PERKINS COIE LLP
   3150 Porter Drive
7  Palo Alto, CA 95130
   Telephone: 650.838.4300
8  Facsimile: 650.838.4350

9  Attorneys for Plaintiffs
   EPIC GAMES, INC. and EPIC GAMES
10 INTERNATIONAL S.À.R.L.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EPIC GAMES, INC., a Maryland corporation; and EPIC GAMES INTERNATIONAL S.À.R.L., a Luxembourg Société à Responsibilité Limitée,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES MENDES, an individual; KONSTANTIN VLADIMIROVICH RAK, an individual; and OLEKSEY OLEKSEEVICH STEGAILO, an individual,<br><br>Defendants. | Case No. 3:17-cv-06223-LB<br><br>**PLAINTIFFS' EPIC GAMES, INC. AND EPIC GAMES INTERNATIONAL S.À.R.L.'S REQUEST FOR ENTRY OF DEFAULT AS TO DEFENDANT KONSTANTIN VLADIMIROVICH RAK**<br><br>Judge:     Hon. Laurel Beeler<br>Courtroom: C, 15th Floor |

-1-   REQUEST FOR ENTRY OF DEFAULT
      Case No. 3:17-cv-06223-LB

139071758.1

1    Pursuant to Federal Rule of Civil Procedure ("Rule") 55(a), Plaintiffs Epic Games, Inc.
2    and Epic Games International S.À.R.L. ("Epic") hereby move the Clerk of the Court to enter
3    default in this matter against Defendant Konstantin Vladimirovich Rak ("Defendant") for failure
4    to plead in response to or otherwise defend against Epic's Complaint within the time prescribed
5    by Rule 12.

6    Epic filed the Complaint in this action on October 27, 2017.  Dtk. No. 1.  Shortly
7    thereafter, Epic sent an email to Defendant informing him of this lawsuit and attaching a copy of,
8    among other things, the Complaint, Summons, and a Waiver of Service of Summons.
9    Declaration of Holly M. Simpkins In Support of Plaintiff's Request for Entry of Default
10   ("Simpkins Decl.") ¶ 2.  Epic requested that Defendant agree to waive service.  *Id.*  This email
11   transmission was successful.  *Id.*  As Defendant resides in Russia, Epic was unable to serve him
12   via traditional means.  On January 8, 2018, Epic filed a Motion to Serve Defendant Konstantin
13   Vladimirovich Rak via Alternative Means, which sought leave to serve Defendant by email.  Dkt.
14   No. 19.  The Court granted the Motion on January 29, 2018.  Dkt. No. 24.

15   On February 14, 2018, Epic served Defendant pursuant to the Court's January 29 Order
16   and filed a proof of service with this Court.  *See* Dkt. No. 25; Simpkins Decl. ¶ 3.  Although
17   Defendant responded to this email, he has not yet answered the Complaint or otherwise engaged
18   with this litigation.  Simpkins Decl. ¶ 3.  The deadline for Defendant to answer or otherwise
19   respond to the Complaint was March 7, 2018.  *See* Fed. R. Civ. P. 12(a)(1).

20   Defendant has not sought, and Epic has not granted, an extension of time to respond to the
21   Complaint.  Simpkins Decl. ¶ 4.  Further, Epic believes that Defendant is not a minor,
22   incompetent person, or officer or agency of the United States, including a member of the United
23   States military.  *Id.*

24   As of the date of the filing of this Request for Entry of Default, Defendant has not
25   responded to the Complaint and the time period to respond has lapsed.  Accordingly, Epic
26   respectfully requests that the Clerk enter default against Defendant Konstantin Vladimirovich
27   Rak.

28                -2-            REQUEST FOR ENTRY OF DEFAULT
                                 Case No. 3:17-cv-06223-LB

139071758.1

| | |
|---|---|
| DATED:  March 21, 2018 | **PERKINS COIE LLP** |
| | By: *Holly M. Simpkins* |
| | Holly M. Simpkins (*pro hac vice*) |
| | HSimpkins@perkinscoie.com |
| | Attorney for Plaintiff |
| | Epic Games, Inc. and Epic International S.à.r.l. |