Holly M. Simpkins (*pro hac vice*)
HSimpkins@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101
Telephone: 206.359.8000
Facsimile: 206.359.9000

Andrew N. Klein, Bar No. 300221
AKlein@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 95130
Telephone: 650.838.4300
Facsimile: 650.838.4350

Attorneys for Plaintiffs
EPIC GAMES, INC. and EPIC GAMES
INTERNATIONAL S.À.R.L.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EPIC GAMES, INC., a Maryland corporation; and EPIC GAMES INTERNATIONAL S.À.R.L., a Luxembourg Société à Responsibilité Limitée,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES MENDES, an individual; KONSTANTIN VLADIMIROVICH RAK, an individual; and OLEKSEY OLEKSEEVICH STEGAILO, an individual,<br><br>Defendants. | Case No. 3:17-cv-06223-LB<br><br>**DECLARATION OF HOLLY M. SIMPKINS IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SUBMIT MOTION TO EXTEND CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>Judge:      Hon. Laurel Beeler<br>Courtroom: C, 15th Floor |

## DECLARATION OF HOLLY M. SIMPKINS

I, Holly M. Simpkins, declare as follows:

1. I am an attorney licensed to practice law before the courts of the State of Washington. I am Senior Counsel at Perkins Coie LLP, and counsel in this action for Plaintiffs Epic Games, Inc. and Epic Games International S.à.r.l. ("Epic"). I submit this declaration in support of Epic's Administrative Motion to Extend Case Management Conference and Related Deadlines. I have personal knowledge of the facts stated herein and, if called upon, I could and would testify competently thereto under oath.

2. Per this Court's order, Epic served Defendant Konstantin Vladimirovich Rak via email on February 14, 2018. Mr. Rak responded to this email, but he has not appeared in the case.

3. Epic is working diligently to locate Mr. Mendes, who, on information and belief, resides in South Africa and whose real name is not James Mendes

4. Epic was unable to obtain a stipulation from any defendant regarding this administrative motion because none of the defendants have appeared in this matter.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 21st day of March, 2018, at Seattle, Washington.

*Holly M. Simpkins*
Holly M. Simpkins