Holly M. Simpkins (*pro hac vice*)
HSimpkins@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: 206.359.8000
Facsimile: 206.359.9000

Andrew N. Klein, Bar No. 300221
AKlein@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 95130
Telephone: 650.838.4300
Facsimile: 650.838.4350

Attorneys for Plaintiffs
EPIC GAMES, INC. and EPIC GAMES
INTERNATIONAL S.À.R.L.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EPIC GAMES, INC., a Maryland corporation; and EPIC GAMES INTERNATIONAL S.À.R.L., a Luxembourg Société à Responsibilité Limitée,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES MENDES, an individual; KONSTANTIN VLADIMIROVICH RAK, an individual; and OLEKSEY OLEKSEEVICH STEGAILO, an individual,<br><br>Defendants. | Case No. 3:17-cv-06223-LB<br><br>**DECLARATION OF HOLLY M. SIMPKINS IN SUPPORT OF PLAINTIFFS EPIC GAMES, INC. AND EPIC GAMES INTERNATIONAL S.À.R.L.'S ADMINISTRATIVE MOTION TO SUBMIT MOTION TOR ENTRY OF DEFAULT AS TO DEFENDANT KONSTANTIN VLADIMIROVICH RAK WITHOUT HEARING**<br><br>Judge:      Hon. Laurel Beeler<br>Courtroom:  C, 15th Floor |

Case 3:17-cv-06223-LB   Document 38   Filed 05/10/18   Page 2 of 2

## DECLARATION OF HOLLY M. SIMPKINS

I, Holly M. Simpkins, declare as follows:

1. I am an attorney licensed to practice law before the courts of the State of Washington. I am Senior Counsel at Perkins Coie LLP, and counsel in this action for Plaintiffs Epic Games, Inc. and Epic Games International S.à.r.l. ("Epic"). I submit this declaration in support of Epic's Administrative Motion to Submit Motion for Entry of Default as to Defendant Konstantin Vladimirovich Rak Without Hearing. I have personal knowledge of the facts stated herein and, if called upon, I could and would testify competently thereto under oath.

2. Epic was unable to obtain a stipulation for this motion under Local Rule 7-12 from Defendant Konstantin Vladimirovich Rak because, despite the deadline to respond to the Complaint having lapsed, Rak has not appeared in this matter.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 10th day of May, 2018, at Los Angeles, California.

*/s/ Holly M. Simpkins*
Holly M. Simpkins