Holly M. Simpkins (*pro hac vice*)
HSimpkins@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: 206.359.8000
Facsimile: 206.359.9000

Andrew N. Klein, Bar No. 300221
AKlein@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 95130
Telephone: 650.838.4300
Facsimile: 650.838.4350

Attorneys for Plaintiffs
EPIC GAMES, INC. and EPIC GAMES
INTERNATIONAL S.À.R.L.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EPIC GAMES, INC., a Maryland corporation; and EPIC GAMES INTERNATIONAL S.À.R.L., a Luxembourg Société à Responsibilité Limitée,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES MENDES, an individual; KONSTANTIN VLADIMIROVICH RAK, an individual; and OLEKSEY OLEKSEEVICH STEGAILO, an individual,<br><br>Defendants. | Case No. 3:17-cv-06223-LB<br><br>**[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SUBMIT MOTION FOR DEFAULT JUDGMENT WITHOUT HEARING** |

# [~~PROPOSED~~] ORDER

After reviewing Plaintiffs Epic Games, Inc. and Epic Games International, S.à.r.l.'s ("Epic's") Administrative Motion to Submit Motion for Default Judgment as to Defendant Konstantin Vladimirovich Rak Without Hearing, any additional papers filed in support of and in opposition to the Motion, and the files in this action, this Court hereby GRANTS the Motion.

The Clerk shall vacate the hearing date currently set for May 31, 2018, at 9:30 a.m.

**IT IS SO ORDERED.**

DATED: May 14, 2018

_____
Hon. Laurel Beeler
United States Magistrate Judge

[PROPOSED] ORDER
CASE NO. 3:17-CV-06223-LB
139776645.1

-2-