1  Holly M. Simpkins (*pro hac vice*)
   HSimpkins@perkinscoie.com
2  PERKINS COIE LLP
   1201 Third Avenue, Suite 4900
3  Seattle, WA  98101
   Telephone:  206.359.8000
4  Facsimile:  206.359.9000

5  Andrew N. Klein, Bar No. 300221
   AKlein@perkinscoie.com
6  PERKINS COIE LLP
   3150 Porter Drive
7  Palo Alto, CA 95130
   Telephone: 650.838.4300
8  Facsimile: 650.838.4350

9  Attorneys for Plaintiffs
   EPIC GAMES, INC. and EPIC GAMES
10 INTERNATIONAL S.À.R.L.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EPIC GAMES, INC., a Maryland corporation; and EPIC GAMES INTERNATIONAL S.À.R.L., a Luxembourg Société à Responsibilité Limitée,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES MENDES, an individual; KONSTANTIN VLADIMIROVICH RAK, an individual; and OLEKSEY OLEKSEEVICH STEGAILO, an individual,<br><br>Defendants. | Case No. 3:17-cv-06223-LB<br><br>**PLAINTIFFS EPIC GAMES, INC. AND EPIC GAMES INTERNATIONAL S.À.R.L.'S NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT KONSTANTIN VLADIMIROVICH RAK**<br><br>Judge:       Hon. Laurel Beeler<br>Courtroom: C, 15th Floor |

-1-   NOTICE OF DISMISSAL
Case No. 3:17-cv-06223-LB

140517707.1

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Epic Games, Inc., and Epic Games International, S.à.r.l., hereby dismiss this action against Defendant Konstantin Vladimirovich Rak with prejudice.

DATED: July 10, 2018               **PERKINS COIE LLP**

By: *Holly M. Simpkins*
Holly M. Simpkins (*pro hac vice*)
HSimpkins@perkinscoie.com

Attorneys for Plaintiffs Epic Games, Inc. and Epic International S.à.r.l.