| | |
|---|---|
| 1 | Holly M. Simpkins (*pro hac vice*) |
|   | HSimpkins@perkinscoie.com |
| 2 | PERKINS COIE LLP |
|   | 1201 Third Avenue, Suite 4900 |
| 3 | Seattle, WA  98101 |
|   | Telephone:  206.359.8000 |
| 4 | Facsimile:  206.359.9000 |
| 5 | Andrew N. Klein, Bar No. 300221 |
|   | AKlein@perkinscoie.com |
| 6 | PERKINS COIE LLP |
|   | 3150 Porter Drive |
| 7 | Palo Alto, CA 95130 |
|   | Telephone: 650.838.4300 |
| 8 | Facsimile: 650.838.4350 |
| 9 | Attorneys for Plaintiffs |
|   | EPIC GAMES, INC. and EPIC GAMES |
| 10 | INTERNATIONAL S.À.R.L. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EPIC GAMES, INC., a Maryland corporation; and EPIC GAMES INTERNATIONAL S.À.R.L., a Luxembourg Société à Responsibilité Limitée, <br><br>           Plaintiffs, <br><br> v. <br><br> JAMES MENDES, an individual; KONSTANTIN VLADIMIROVICH RAK, an individual; and OLEKSEY OLEKSEEVICH STEGAILO, an individual, <br><br>           Defendants. | Case No. 3:17-cv-06223-LB <br><br> **PLAINTIFFS EPIC GAMES, INC. AND EPIC GAMES INTERNATIONAL S.À.R.L.'S NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT JAMES MENDES AKA LUKE STEPHENS** <br><br> Judge:        Hon. Laurel Beeler <br> Courtroom: C, 15th Floor |

1 | Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Epic Games, Inc., and Epic Games International, S.à.r.l., hereby dismiss this action against Defendant James Mendes, also known as Luke Stephens, with prejudice.

DATED:  August 22, 2018

**PERKINS COIE LLP**

By: *Holly M. Simpkins*
 Holly M. Simpkins (*pro hac vice*)
 HSimpkins@perkinscoie.com

Attorneys for Plaintiffs Epic Games, Inc. and Epic International S.à.r.l.